868

No. 297. New York, New Haven & Hartford Railroad Co. *v.* Korte. C. A. 2d Cir. Certiorari denied. *Edward R. Brumley* for petitioner. *Randolph J. Seifert* for respondent. 

No. 298. Clausen, doing business as Luzerne Hide & Tallow Co., *v.* National Labor Relations Board. C. A. 3d Cir. Certiorari denied. *James S. Hays* for petitioner. *Solicitor General Perlman, David P. Findling, Mozart G. Ratner* and *Bernard Dunau* for respondent. 

No. 303. Walker *v.* United States. C. A. 2d Cir. Certiorari denied. *Peter L. F. Sabbatino* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Beatrice Rosenberg* for the United States. 

No. 306. Local Union No. 12, Progressive Mine Workers of America, District 1, *v.* National Labor Relations Board et al. C. A. 7th Cir. Certiorari denied. *A. M. Fitzgerald* and *G. W. Horsley* for petitioner. *Solicitor General Perlman, David P. Findling, Mozart G. Ratner* and *Norton J. Come* for the National Labor Relations Board, respondent. 

No. 307. Clark Estate Co. *v.* Gentry et al. Supreme Court of Missouri. Certiorari denied. *Clarence C. Chilcott* for petitioner. *Armwell L. Cooper* for respondents. 

No. 309. Louisville & Jefferson County Metropolitan Sewer District *v.* B. F. Goodrich Co. Court of Appeals of Kentucky. Certiorari denied. *Blakey Helm* for petitioner. *Squire R. Ogden* for respondent.